UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAR 16 2011

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11-cv-00504-HEA |
| ) | |
| MASK OF KA-NEFER-NEFER, ) | |
| ) | |
| Defendant. ) | |

## ORDER RESTRAINING DEFENDANT PROPERTY

WHEREAS the United States has filed a Verified Complaint in the case of *United States of America v. Mask of Ka-Nefer-Nefer*, Case No. 4:11-cv-00504;

AND WHEREAS the Verified Complaint establishes probable cause to believe that the defendant property in the aforementioned case was illegally imported into the United States in violation of Title 19, United States Code, Section 1595a;

AND WHEREAS this Court is authorized by Title 18, United States Code, Section 983(j)(1) to enter a restraining order to secure, maintain, or preserve the availability of property subject to forfeiture upon the filing of a civil complaint alleging that the property with respect to which the order is sought is subject to civil forfeiture;

AND WHEREAS the defendant property is currently in the possession and under the control of the Art Museum Subdistrict of the Metropolitan Zoological Park and Museum District of the City of Saint Louis and the County of Saint Louis (the "Museum");

AND WHEREAS Section 983(j)(1)(a) does not require that the Court hold any hearing before issuing a restraining order;

4

IT IS HEREBY ORDERED:

1. The Museum, and its agents, are enjoined from:

   a. entering into any agreement affecting title to the defendant property;

   b. transferring or disposing of, by any means, the defendant property;

   c. selling, assigning, pledging, distributing, giving away, encumbering, or otherwise participating in the disposal of, or removal from, the jurisdiction of this Court, the defendant property.

2. The Museum shall take all reasonable precautions to prevent the destruction or diminution in value of the defendant property.

3. The Museum shall maintain insurance relating to the defendant property adequate to cover a total loss of the property.

4. The United States may monitor the Museum's and its agents' compliance with this Order by all available lawful means.

5. This Court shall retain jurisdiction over this matter for all purposes. The terms of this order shall remain in full force and effect until judgment is rendered on the civil forfeiture complaint filed against the defendant property, or until further order of this Court.

IT IS SO ORDERED on this /6th day of March, 2011.

*[signature]*
THE HONORABLE HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE

5