RECEIVED BY MAIL
MAY 04 2011
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____EASTERN_____ DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 4:11-CV-00504 |
| MASK OF KA-NEFER-NEFER | ) |
| Defendant. | ) |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, ___McClain E. Bryant___, move to be admitted pro hac vice to the bar of this court for the purpose of representing Saint Louis Art Museum in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney;
 McClain Elizaeth Bryant
(b) Address, telephone number and fax number of the movant-attorney;
 4801 Main, Kansas City, MO 64112 (816)983-8000/(816)983-8080
(c) Name of the firm or letterhead under which the movant practices;
 Husch Blackwell LLP
(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
 George Washington University - May 2007
(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;
 Missouri-9/12/07(State/Federal); Kansas-9/08(State/Federal)
(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_McClain E. Bryant_
Signature of Movant

# HUSCH BLACKWELL

McClain E. Bryant
Attorney

4801 Main Street, Suite 1000
Kansas City, MO 64112
Direct: 816.983.8325
Fax: 816.983.8080
mcclain.bryant@huschblackwell.com

RECEIVED
BY MAIL
MAY 10 2011
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

May 5, 2011

Clerk of the Court
Attention: Debra
U.S. District Court
Eastern District of Missouri
111 South Tenth Street, 3rd Floor
St. Louis, MO 63102

Re: The United States of America v. Mask of Ka-Nefer-Nefer
    Case No. 4:11-CV-00504
    Our File: 704436-29

Dear Debra:

Enclosed is our firm check in the amount of $100.00 representing the filing fee for the *pro hac vice* motion which I filed in the above-reference case. I apologize for our oversight in not including it with the motion.

Thank you for your assistance in this mater.

Sincerely,

McClain E. Bryant
Attorney

MEB/kk
Enclosure

KCP-4122547-1                                              Husch Blackwell LLP

| HUSCH BLACKWELL LLP | | | | | | Operating Acct | |
|---|---|---|---|---|---|---|---|
| VENDOR NUMBER: | 013026 | | | | | CHECK NUMBER: | 413062 |
| VENDOR NAME: | Clerk, U.S. District Court | | | | | CHECK DATE: | 05-05-11 |
| Voucher # | Invoice # | Inv. Date | Invoice Description | | Inv. Amount | Disc. Taken | Amount Paid |
| 2205744 | 7044361105051000 | 05-05-11 | RETURN TO KATHLEEN KELSAY | | 100.00 | 0.00 | 100.00 |

**RECEIVED BY MAIL**

MAY 1 0 2011

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| REFERENCE ID: | | CHECK AMOUNT | 100.00 |
|---|---|---|---|
| WLCK85111BP   RR DONNELLEY | | | PRINTED IN U.S.A. |

**HUSCH BLACKWELL**

4801 Main Street
Suite 1000
Kansas City, MO 64112

US POSTAGE $00.41 MAY 05 2011 MAILED FROM ZIP CODE 64112

PRESORTED
FIRST CLASS

RECEIVED BY MAIL

MAY 09 2011

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

Clerk of the Court
**Attention: Debra**
U.S. District Court
Eastern District of Missouri
111 South Tenth Street, 3rd Floor
St. Louis, MO 63102