# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CV504 HEA |
| ) | |
| MASK OF KA-NEFER-NEFER, ) | |
| ) | |
| Defendant. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the United States of America's ("The Government") Motion for Leave to File First Amended Verified Complaint for Forfeiture [ECF No. 49]. Claimant the Art Museum Subdistrict of the Metropolitan Zoological Park and Museum District of the City of St. Louis and the County of St. Louis ("Claimant Museum") filed a Motion to Strike the Motion of The Government for Leave to File First Amended Verified Complaint for Forfeiture [ECF No. 51].

On March 31, 2012 the Court entered an Order dismissing the Verified Complaint in the instant matter [ECF No. 33]. After allowing The Government an extension of time to file its Motion for Reconsideration [*See* ECF No. 36], on May 7, 2012, The Government filed a Motion to Reconsider Order and Opinion Dismissing Verified Complaint [ECF No. 37]. In the motion, The Government requested, in the alternative, that the Court grant The Government an additional seven (7) days to

move for leave to file an amended complaint before entry of judgment.[1] On June 1, 2012, The Court denied the Government's Motion for Reconsideration in its entirety [ECF No. 48]. For the reasons outlined in The Court's March 31, 2012 Order of Dismissal [ECF No. 33], and for the reasons offered in its Order denying reconsideration [ECF No. 37], The Court denies The Government's requested leave raised in its motion submitted on June 8, 2012 [ECF No. 49].

Accordingly,

**IT IS HEREBY ORDERED** that The Government's Motion for Leave to File First Amended Verified Complaint for Forfeiture [ECF No. 49] is **DENIED.**

**IT IS FURTHER ORDERED** that Claimant Museum's Motion to Strike the Motion of The Government for Leave to File First Amended Verified Complaint for Forfeiture [ECF No. 51] is **DENIED** as moot.

Dated this 28th day of June, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

---

[1] The Government did not include a proposed Amended Verified Complaint with its Motion.