Case: 4:11-cv-00504-HEA   Doc. #: 81-1   Filed: 09/19/14   Page: 1 of 2 PageID #: 493

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11-cv-504 HEA |
| ) | |
| MASK OF KA-NEFER-NEFER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**FINAL ORDER AND JUDGMENT**
**AWARDING FEES, COSTS, AND POST-JUDGMENT INTEREST**

WHEREAS Title 28, United States Code, Section 2465 provides that, in any civil proceeding to forfeit property under any provision of federal law in which a claimant substantially prevails, the United States shall be liable for reasonable attorneys' fees and other litigation costs reasonably incurred by the claimant and post-judgment interest as set forth Title 28, United States Code, Section 1961;

AND WHEREAS the Court finds that this action was a civil proceeding to forfeit property under Federal law;

AND WHEREAS the Museum substantially prevailed in the above-captioned action;

AND WHEREAS, on September 9, 2014, this Court granted the Museum an extension of time, up to and including October 9, 2014, in which to file an application for fees, costs, and post-judgment interest in this action;

AND WHEREAS the United States and Claimant the Art Museum Subdistrict of the Metropolitan Zoological Park and Museum District of the City of St. Louis and the County of St.

Louis have stipulated that the reasonable attorneys' fees and costs reasonably incurred by the Museum, and to be paid by the United States, in this proceeding to forfeit property total Four Hundred and Twenty-Five Thousand Dollars ($425,000.00), which sum includes any and all post-judgment interest having accrued as of the date of the Parties' motion,

**IT IS HEREBY ORDERED** that the Museum is awarded and the United States shall pay to the Museum the total sum of Four Hundred and Twenty-Five Thousand Dollars ($425,000.00) as its reasonable attorneys' fees and costs reasonably incurred in the above-captioned action, which amount includes any and all post-judgment interest accruing as of September 19, 2014.

_____
THE HONORABLE HENREY E. AUTREY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of September, 2014.